IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

---

**BURDETTE EUGENE WOMACK**,                             Civil File No. 2:13-cv-02095-JAR-DJW

      Plaintiff,

vs.                                                                                     NOTICE OF DISMISSAL
                                                                            WITH PREJUDICE

**PORTFOLIO RECOVERY ASSOCIATES, LLC**,

      Defendant.

---

      **NOTICE IS HEREBY GIVEN** that, pursuant to Fed. R. Civ. P. 41(a)(1)(i), the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party, and that a judgment of dismissal with prejudice and on the merits may be entered in the above-entitled action pursuant hereto.

                                                                                  Respectfully submitted,

Dated: March 26, 2013                                By: /s/ J. Mark Meinhardt
                                                                           J. Mark Meinhardt, # 20245
                                                                           9400 Reeds Road, Suite 210
                                                                           Overland Park, Kansas 66207
                                                                           Telephone:    (913) 451-9797
                                                                           Facsimile:     (913) 451-6163
                                                                           Email:          Mark@meinhardtlaw.com
                                                                           **ATTORNEY FOR PLAINTIFF**